Opinion issued April 16, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00363-CV

____________


IN RE TONY HERNANDEZ, Relator







Original Proceeding on Petition for Writ of Mandamus






O P I N I O N

 Relator, Tony Hernandez, has filed a petition for writ of mandamus
complaining of Judge Jeff Brown's (1) March 8, 2002 order granting entry upon
property by the real party in interest, National Restoration Technologies, L.L.C. 
Relator has also moved for this Court for an emergency stay of the inspection allowed
by the March 8 order.

 We deny the petition for writ of mandamus. We further deny relator's motion
for emergency stay.

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Cohen, Nuchia, and Price. (2)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Jeff Brown, judge of the 55th District Court of Harris County,
Texas. The underlying lawsuit is Tony Hernandez v. National Restoration
Technologies, L.L.C., trial court cause no. 2001-46400.
2. The Honorable Frank C. Price, former Justice, Court of Appeals, First District
of Texas at Houston, participating by assignment.